#5

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE LUIS ROMERO-ORTIZ

**WAIVER OF INDICTMENT**

08CR2678-JAH

CASE NUMBER: 08MJ8642

I, JOSE LUIS ROMERO-ORTIZ, the above named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8-12-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

X Jose Luis Romero Ortiz
Defendant

Heather L. Berger For Oliver Cleary
Counsel for Defendant

Before the Honorable Anthony J. Battaglia
Judicial Officer